DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TENILLE L. PICKETT,**
Appellant,

v.

**JONATHAN PADILLA,**
Appellee.

Nos. 4D22-1999 and 4D22-2676

[March 2, 2023]

Consolidated appeals of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips and Sandra Perlman, Judges; L.T. Case No. CACE20-001629.

Marc A. Burton and Richard J. Burton of The Burton Firm, P.A., Aventura, for appellant.

Jonathan Padilla, Cooper City, pro se.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***